**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **LASERDYNAMICS USA, LLC,** <br>         *Plaintiff,* <br>     **-v.-** <br><br> **ARVATO SYSTEMS NORTH AMERICA, INC. and ARVATO DIGITAL SERVICES LLC,** <br>         *Defendants.* | **Civil Action No.** <br> **15-cv-03822 (RWS) (DCF)** |

**DEFENDANTS ARVATO SYSTEMS NORTH AMERICA, INC.'S AND ARVATO DIGITAL SERVICES LLC'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED.R.CIV.P. 12(b)(6), OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT PURSUANT TO FED.R.CIV.P. 12(e)**

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Defendants Arvato Systems North America, Inc.'s and Arvato Digital Services LLC's Motion to Dismiss the Complaint Pursuant to Fed.R.Civ.P. 12(b)(6), or in the Alternative, for a More Definite Statement Pursuant to Fed.R.Civ.P. 12(e) ("Motion"), and all papers and pleadings previously filed herein, Defendants Arvato Systems North America, Inc. and Arvato Digital Services LLC ("Defendants"), by their undersigned counsel, will move this Court, on August 19, 2015 at 12:00 PM, or as soon as counsel may be heard, at the United States Courthouse located at 500 Pearl Street, New York, NY 10007 before the Honorable Robert W. Sweet, United State District Judge, for an Order granting Defendants' Motion, and for such other and further relief as this Court deems just and proper.

        Respectfully submitted,

Date:  July 14, 2015        COOPER & DUNHAM LLP

        By: /s Tonia A. Sayour/
         Ivan S. Kavrukov  (IK 4452)
         Tonia A. Sayour (TS 7208)
         30 Rockefeller Plaza
         New York, New York 10112
         Tel:  (212) 278-0400
         Fax: (212) 391-7550

         Attorneys for Defendants
         Arvato Systems North America, Inc. and
         Arvato Digital Services LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 14th day of July, 2015, the foregoing **DEFENDANTS ARVATO SYSTEMS NORTH AMERICA, INC.'S AND ARVATO DIGITAL SERVICES LLC'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED.R.CIV.P. 12(b)(6), OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT PURSUANT TO FED.R.CIV.P. 12(e)** was filed using the CM/ECF system and served by email, upon counsel of record for the interested parties, as identified below.  Notice of this filing will be sent to the following counsel of record for the interested parties by operation of the Court's electronic filing system:

>Dmitriy Kheyfits
>dkheyfits@kheyfitsmaloney.com
>Michael James Maloney
>mmaloney@kheyfitsmaloney.com
>KHEYFITS & MALONEY LLP
>1140 Avenue of the Americas
>9th Floor
>New York, New York  10036

>  /s Tonia A. Sayour  /
>Tonia A. Sayour